861 A.2d 263

**Joseph VIDMOSKO, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.